# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1912
_____

ANDRE LAMAR PATTERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

November 22, 2023


PER CURIAM.

AFFIRMED. *See Caprie v. State*, 415 So. 2d 816 (Fla. 1st DCA 1982) (affirming an *Anders* appeal after examining the record and finding no error).

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Justin Foster Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.